# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CLEAR WITH COMPUTERS, LLC,** § | | |
| § | | |
| Plaintiff, § | | Case No. 6:14-cv-79 |
| § | | |
| v. § | | Consolidated Lead Case |
| § | | |
| **ALTEC INDUSTRIES, INC.** § | | |
| § | | |
| Defendant. § | | |

## ORDER

On December 18, 2014, the Court conducted a special case management conference in the above-styled consolidated case. As the Court instructed at the conference, the Court **SETS** Defendant Volvo Construction Equipment North America, LLC's Motion to Dismiss (Cause No. 6:14-cv-89, Docket No. 12) ("Motion to Dismiss") and Defendants Bad Boy Mowers, Inc. and Bad Boy, Inc.'s Motion for Summary Judgment of Noninfringement (Cause No. 6:14-cv-81, Docket No. 20) for oral argument at a hearing to be held on **January 21, 2015 at 1:30 p.m.** To the extent that briefing on these Motions remains ongoing, all briefing **SHALL** be complete by **January 14, 2015**. All deadlines unrelated to these Motions are **STAYED** until the Court rules on the Motion to Dismiss.

Furthermore, this case will follow the schedule outlined in the Track B Initial Patent Case Management Order ("Track B Order").[1] However, the Court will not enter a Track B Order until it has ruled on the Motion to Dismiss.

---

[1] *See* General Order 14-03, General Order Regarding Track B Initial Patent Case Management Order (E.D. Tex. Feb. 25, 2014), http://www.txed.uscourts.gov/cgi-bin/view_document.cgi?document=24330.

**So ORDERED and SIGNED this 19th day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**