# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **CLEAR WITH COMPUTERS, LLC,** § | | |
| § | | |
| Plaintiff, § | Case No. 6:14-cv-79 | |
| § | | |
| v. § | **Consolidated Lead Case** | |
| § | | |
| **ALTEC INDUSTRIES, INC.** § | | |
| § | | |
| Defendant. § | | |

| | | |
|---|---|---|
| **CLEAR WITH COMPUTERS, LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | Case No. 6:14-cv-89 | |
| v. § | | |
| § | | |
| **VOLVO CONSTRUCTION** § | | |
| **EQUIPMENT NORTH AMERICA, LLC,** § | | |
| § | | |
| Defendant. § | | |

## ORDER

Pursuant to the Court's March 3, 2015 Order (Dkt. No. 24) granting Volvo Construction Equipment North America, LLC's Motion to Dismiss, lead case 6:14-cv-79 and all consolidated member cases are hereby CLOSED. Furthermore, any and all outstanding motions are hereby DENIED as MOOT.

**So ORDERED and SIGNED this 20th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE