IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC,<br>    Plaintiff,<br>v.<br>ALTEC INDUSTRIES, INC.,<br>    Defendant. | Civil Action No. 6:14-cv-79-JRG |
| CLEAR WITH COMPUTERS, LLC,<br>    Plaintiff,<br>v.<br>BAD BOY MOWERS INC. and<br>BAD BOY INC.<br>    Defendants. | Civil Action No. 6:14-cv-81-JRG |
| CLEAR WITH COMPUTERS, LLC,<br>    Plaintiff,<br>v.<br>THE MEN'S WEARHOUSE, INC.,<br>    Defendant. | Civil Action No. 6:14-cv-85-JRG |
| CLEAR WITH COMPUTERS, LLC,<br>    Plaintiff,<br>v.<br>VOLVO CONSTRUCTION EQUIPMENT<br>NORTH AMERICA, LLC,<br>    Defendant. | Civil Action No. 6:14-cv-89-JRG |

**PLAINTIFF CLEAR WITH COMPUTERS, LLC'S**
**NOTICE OF APPEAL**

Plaintiff Clear With Computers, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the following: (1) the Order entered March 3, 2015, which contained a memorandum opinion, and which dismissed this case and consolidated cases, and which held the patents-in-suit to be invalid under 35 U.S.C. § 101; (2) the Order Dismissing this case and consolidated cases entered on March 20, 2015; and (3) Any and all other opinions, orders, findings,

or rulings prior to, concurrent with, or after the March 20, 2015 dismissal of the above-named case(s) that were adverse to Plaintiff Clear With Computers, LLC.

April 1, 2015                                          Respectfully submitted,

*/s/ John J. Edmonds*
Stamatios Stamoulis – LEAD ATTORNEY
Delaware State Bar No. 4606
Richard C. Weinblatt
Delaware State Bar No. 5080
**STAMOULIS & WEINBLATT LLC**
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
Email: stamoulis@swdelaw.com
           weinblatt@swdelaw.com

John J. Edmonds
Texas Bar No. 789758
**COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC**
1616 S. Voss Road, Suite 125
Houston, TX 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: jedmonds@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: spangler@spanglerlawpc.com

*Attorneys for Plaintiff*
*Clear with Computers, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

April 1, 2015                              /s/ *John J. Edmonds*  
                                              John J. Edmonds