FILED: **2/9/16**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEAR WITH COMPUTERS LLC,**
*Plaintiff-Appellant*

v.

**ALTEC INDUSTRIES INC., BAD BOY MOWERS INC., BAD BOY INC., THE MEN'S WEARHOUSE, INC., VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA LLC,**
*Defendants-Appellees*

---

2015-1525, 2015-1526, 2015-1527, 2015-1528

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:14-cv-00079-JRG, 6:14-cv-00081-JRG, 6:14-cv-00085-JRG, 6:14-cv-00089-JRG, Judge J. Rodney Gilstrap.

---

## JUDGMENT

---

JOHN J. EDMONDS, Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC, Houston, TX, argued for plaintiff-appellant. Also represented by SHEA NEAL PALAVAN; ANDREW W. SPANGLER, Spangler Law PC, Longview, TX.

JENNIFER H. DOAN, Haltom & Doan, Texarkana, TX, argued for all defendants-appellees. Defendant-appellee Altec Industries Inc. also represented by CHRISTY HAWKINS, JOSHUA R. THANE.

KEVIN M. LEMLEY, Lemley Law Firm, Bryant, AR, for defendants-appellees Bad Boy Mowers Inc., Bad Boy Inc.

JEFFREY K. JOYNER, Greenberg Traurig LLP, Los Angeles, CA, for defendant-appellee The Men's Wearhouse, Inc.

NEIL J. MCNABNAY, Fish & Richardson P.C., Dallas, TX, for defendant-appellee Volvo Construction Equipment North America LLC. Also represented by MICHAEL A. BITTNER; JOHN WESLEY SAMPLES, Washington, DC.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 9, 2016         /s/ Daniel E. O'Toole
      Date                Daniel E. O'Toole
                          Clerk of Court