# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED: **3/17/16**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

15-1525, 15-1526, 15-1527, 15-1528

**CLEAR WITH COMPUTERS LLC,**

*Plaintiff - Appellant*

v.

**ALTEC INDUSTRIES INC, BAD BOY MOWERS INC, BAD BOY INC, THE MEN'S WEARHOUSE, INC, VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA LLC,**

*Defendants - Appellees*

Appeals from the United States District Court for the Eastern District of Texas in case no. 6:14-cv-00079-JRG, 6:14-cv-00081-JRG, 6:14-cv-00085-JRG, 6:14-cv-00089-JRG Judge J. Rodney Gilstrap

## MANDATE

In accordance with the judgment of this Court, entered February 09, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court